**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004,

Plaintiff,

v.

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, MD 20892

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Ave., SW
Washington, DC 20201,

Defendants.

Case No. 26-3143

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff Latham & Watkins LLP ("Plaintiff") brings this complaint for declaratory and injunctive relief, and states as follows in support thereof.

**PRELIMINARY STATEMENT**

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., "was enacted to promote transparency and accountability in how the federal government discharges its numerous and far-ranging responsibilities." *Shapiro v. U.S. Dep't of Just.*, 153 F. Supp. 3d 253, 256 (D.D.C. 2016). FOIA provides a means for the public to access government documents and "mandates that an agency disclose records upon request, unless they fall within one of nine exemptions." *Id.* at 257. FOIA also recognizes that the government must make timely determinations regarding what documents it possesses that are responsive to a specific request, and when it will produce them.

*See* 5 U.S.C. § 552(a)(6)(A)(i). But here, Defendants National Institutes of Health ("NIH") and U.S. Department of Health and Human Services ("HHS") (collectively, "Defendants") have failed to timely respond to Plaintiff's FOIA request in the manner required by FOIA or produce *any* records responsive to Plaintiff's request. Plaintiff files this action to compel NIH and HHS's compliance with the FOIA statute.

2. NIH, among other federal programs, runs an internal research division through the Intramural Research Program. The Intramural Research Program provides funding to researchers engaged in biomedical research. NIH maintains a database of intramural research, entitled the NIH Intramural Database ("NIDB").

3. NIH also maintains a database of funded projects, the Research Portfolio Online Reporting Tools ("RePORT") website. One tool on this website is the RePORT Expenditures and Results module ("RePORTER"). NIH describes RePORTER as "an electronic tool that allows users to search a repository of both intramural and extramural NIH-funded research projects and access publications and patents resulting from NIH funding." NIH REPORT, https://report.nih.gov/about (last visited Aug. 21, 2026).

4. NIH purports that "bulk administrative data found in RePORTER" is provided to the public via the ExPORTER website. NIH EXPORTER, https://reporter.nih.gov/exporter (last visited Aug. 21, 2026). NIH describes ExPORTER as "a key component of the NIH 'open government' initiatives to provide more transparency into NIH activities." *Id.*

5. One project listed in the RePORTER and ExPORTER is NIH Project Number ZIA BC011439-01 (Application ID 8553187, the "Intramural Project"). The Intramural Project was funded in Fiscal Year 2012, and titled "Development of Chimeric Antigen Receptors Targeting Multiple Myeloma." Ex. 14.

6. On April 28, 2026, Plaintiff submitted eight FOIA requests to NIH seeking specific and narrowly defined information regarding the Intramural Project, NIH FOIA Requests 65634-41 (collectively, "Requests"). *See* Exs. 2, 5. In particular, requests 65636-41 identify specific file names and dates of the weekly spreadsheets published regarding NIH intramural projects. *See infra* ¶ 33. Plaintiff identified the existence of those files through archival internet records of the RePORTER and ExPORTER showing that NIH maintained those specific files at least in 2012. Exs. 3, 4.

7. NIH sent Final Responses for all Plaintiff's Requests but did not produce any responsive documents. Instead, they only provided two links to public databases that do not contain the information requested. Exs. 2, 5. Despite repeated communications by Plaintiff, NIH never provided any explanation for their lack of a responsive production.

8. On July 20, 2026, Plaintiff filed an administrative appeal of the Requests with HHS. SUBMITTING FOIA APPEALS, https://www.nih.gov/institutes-nih/nih-office-director/office-communications-public-liaison/freedom-information-act-office/submitting-foia-appeals (last visited Aug. 21, 2026). The appeal was filed within the permitted 90-day timeframe and pursuant to the publicly available instructions for filing administrative appeals of NIH FOIA Requests. *See* 5 U.S.C. § 552(a)(6)(A)(i)(III)(aa); *see* Ex. 6.

9. Defendants failed to respond within the statutorily mandated 20 days, i.e., by August 17, 2026. 5 U.S.C. § 552(a)(6)(A)(ii). To date, Defendants have not resolved Plaintiff's appeal.

10. Having fully exhausted applicable administrative remedies, Plaintiff now turns to this Court to enforce FOIA's guarantee of public access to agency records.

11. Accordingly, Plaintiff asks this Court to declare that Defendants have violated FOIA, order Defendants to provide Plaintiff with legally compliant responses to its Requests, and grant other appropriate relief, including attorney's fees and costs.

## PARTIES

12. Plaintiff Latham & Watkins LLP is a law firm with an office located at 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004.

13. Defendant, HHS, is an executive department and therefore an "agency" subject to FOIA within the meaning of 5 U.S.C. §§ 551(1) and 552(f)(1). HHS's headquarters and principal place of business are at 200 Independence Avenue, S.W., Washington, D.C., 20201.

14. Defendant, NIH, is an agency of the United States and operating division within HHS. NIH's headquarters and principal place of business are at 9000 Rockville Pike, Bethesda, MD, 20892. Its governmental activities occur in this district and nationwide.

## JURISDICTION, VENUE, AND EXHAUSTION

15. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. This Court has authority to grant declaratory relief pursuant to 28 U.S.C. § 2201.

16. This Court has authority to award injunctive relief pursuant to 5 U.S.C. § 552(a)(4)(B).

17. Courts have jurisdiction to "order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

18. FOIA also allows the court to assess "reasonable attorney fees and other litigation costs reasonably incurred in any case . . . in which the complainant has substantially prevailed." 5 U.S.C. § 552(a)(4)(E).

19. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B), which provides for venue over a complaint under FOIA in the U.S. District Court for the District of Columbia. *See* 5 U.S.C. § 552(a)(4)(B).

20. An adverse agency determination may be appealed within 90 calendar days from the date of such determination. 45 C.F.R. § 5.61. Adverse agency determinations include "refusal to release a record, either in whole or in part," and a "determination that a record does not exist or cannot be found." 45 C.F.R. § 5.61(a) & (b).

21. When the party making a FOIA request files an administrative appeal, the agency must "make a determination with respect to any appeal within twenty days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of such appeal." 5 U.S.C. § 552(a)(6)(A)(ii).

22. Administrative remedies are deemed exhausted if the agency violates the 20-working-day time limit. 5 U.S.C. § 552(a)(6)(C)(i). "If the agency has not responded [to an appeal] within the statutory time limits, then, under 5 U.S.C. § 552(a)(6)(C), the requester may bring suit." *Oglesby v. U.S. Dep't of Army*, 920 F.2d 57, 62 (D.C. Cir. 1990).

## LEGAL BACKGROUND

23. FOIA "requires the government to disclose, upon request, broad classes of documents identified in 5 U.S.C. § 552(a)," unless the documents are exempt under 5 U.S.C. § 552(b). *Prison Legal News v. Samuels*, 787 F.3d 1142, 1146 (D.C. Cir. 2015).

24. FOIA imposes strict deadlines on federal agencies when they receive a request for records pursuant to FOIA.

25. First, an agency must acknowledge receipt of a FOIA request, in writing, within ten days of receipt of the request, exclusive of weekends and legal public holidays. 5 U.S.C. § 552(a)(7)(A).

26. Next, an agency must respond to a party making a FOIA request within twenty days of receipt, exclusive of weekends and legal public holidays, notifying that party of the agency's determination whether to fulfill the request and of the requester's right to appeal the agency's determination to the agency head. *Id.* § 552(a)(6)(A)(i). The D.C. Circuit has explained that to make a valid "determination" under the FOIA statute, the agency must indicate "the scope of the documents it will produce and the exemptions it will claim with respect to any withheld documents." *Citizens for Responsibility & Ethics in Wash. v. FEC* (*CREW*), 711 F.3d 180, 185-86, 188 (D.C. Cir. 2013).

27. An adverse agency determination may be appealed within 90 calendar days from the date of such determination. 45 C.F.R. § 5.61. Adverse agency determinations include "refusal to release a record, either in whole or in part," and a "determination that a record does not exist or cannot be found." 45 C.F.R. § 5.61(a) & (b).

28. When the party making a FOIA request files an administrative appeal, the agency must "make a determination with respect to any appeal within twenty days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of such appeal." 5 U.S.C. § 552(a)(6)(A)(ii).

29. Administrative remedies are deemed exhausted if the agency violates the 20-working-day time limit. 5 U.S.C. § 552(a)(6)(C)(i). "If the agency has not responded [to an appeal] within the statutory time limits, then, under 5 U.S.C. § 552(a)(6)(C), the requester may bring suit." *Oglesby*, 920 F.2d at 62.

30. Courts have jurisdiction to "order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

31. FOIA also allows courts to assess "reasonable attorney fees and other litigation costs reasonably incurred in any case . . . in which the complainant has substantially prevailed." 5 U.S.C. § 552(a)(4)(E).

**FACTUAL ALLEGATIONS**

32. On April 28, 2026, Plaintiff submitted its FOIA request to NIH electronically through the FOIA Portal.

33. Plaintiff requested:

- Request 65634: Any records relating to NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) including:
    - Documents showing the funding/grant award date for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187).
    - Documents showing the funding/grant budget start date for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187)
- Request 65635: Records showing the first date in or around 2012 that the Project Abstract for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) was made available to the public, including:
    - Documents showing the first date when the Project Abstract for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) was first made publicly available in the RePORTER, in or around 2012.
    - Documents showing the first date when the Project Abstract for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) was first made publicly available in the ExPORTER, in or around 2012.

  - Documents showing the first date when the Project Abstract for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) was first made publicly available in the NIH Intramural Database (NIDB), in or around 2012.
  - Documents showing the first date when the Project Abstract for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187) was first made available through any other publicly-available source, in or around 2012.

- Request 65636: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Oct.-Nov. 2011), including:
  - FY 2012 RePORTER Project Abstracts (October 2011, Week 1), in the form available in the ExPORTER Data Catalog on or about October 14, 2011, including the file named RePORTER_PRJABS_X_FY2012_014.xls or RePORTER_PRJABS_C_FY2012_014.csv
  - FY 2012 RePORTER Project Abstracts (October 2011 Week 2), in the form available in the ExPORTER Data Catalog on or about October 25, 2011 including the file named RePORTER_PRJABS_X_FY2012_015.xls or RePORTER_PRJABS_C_FY2012_015.csv
  - FY 2012 RePORTER Project Abstracts (October 2011 Week 3), in the form available in the ExPORTER Data Catalog on or about October 25, 2011 including the file named RePORTER_PRJABS_X_FY2012_016.xls or RePORTER_PRJABS_C_FY2012_016.csv

  - FY 2012 RePORTER Project Abstracts (October 2011 Week 4), in the form available in the ExPORTER Data Catalog on or about November 6, 2011 including the file named RePORTER_PRJABS_X_FY2012_017.xls or RePORTER_PRJABS_C_FY2012_017.csv
  - FY 2012 RePORTER Project Abstracts (November 2011 Week 1), in the form available in the ExPORTER Data Catalog on or about November 7, 2011 including the file named RePORTER_PRJABS_X_FY2012_018.xls or RePORTER_PRJABS_C_FY2012_018.csv
  - FY 2012 RePORTER Project Abstracts (November 2011 Week 2), in the form available in the ExPORTER Data Catalog on or about November 14, 2011 including the file named RePORTER_PRJABS_X_FY2012_019.xls or RePORTER_PRJABS_C_FY2012_019.csv
  - FY 2012 RePORTER Project Abstracts (November 2011 Week 3), in the form available in the ExPORTER Data Catalog on or about November 21, 2011 including the file named RePORTER_PRJABS_X_FY2012_020.xls or RePORTER_PRJABS_C_FY2012_020.csv
  - FY 2012 RePORTER Project Abstracts (November 2011 Week 4), in the form available in the ExPORTER Data Catalog on or about November 28, 2011 including the file named RePORTER_PRJABS_X_FY2012_021.xls or RePORTER_PRJABS_C_FY2012_021.csv

- Request 65637: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Dec. 2011-Jan. 2012), including:

- FY 2012 RePORTER Project Abstracts (December 2011 Week 1), in the form available in the ExPORTER Data Catalog on or about December 4, 2011 including the file named RePORTER_PRJABS_X_FY2012_022.xls or RePORTER_PRJABS_C_FY2012_022.csv
- FY 2012 RePORTER Project Abstracts (December 2011 Week 2), in the form available in the ExPORTER Data Catalog on or about December 12, 2011 including the file named RePORTER_PRJABS_X_FY2012_023.xls or RePORTER_PRJABS_C_FY2012_023.csv
- FY 2012 RePORTER Project Abstracts (December 2011 Week 3), in the form available in the ExPORTER Data Catalog on or about December 19, 2011 including the file named RePORTER_PRJABS_X_FY2012_024.xls or RePORTER_PRJABS_C_FY2012_024.csv
- FY 2012 RePORTER Project Abstracts (December 2011 Week 4), in the form available in the ExPORTER Data Catalog on or about December 25, 2011 including the file named RePORTER_PRJABS_X_FY2012_025.xls or RePORTER_PRJABS_C_FY2012_025.csv
- FY 2012 RePORTER Project Abstracts (December 2011 Week 5), in the form available in the ExPORTER Data Catalog on or about January 1, 2012 including the file named RePORTER_PRJABS_X_FY2012_026.xls or RePORTER_PRJABS_C_FY2012_026.csv
- FY 2012 RePORTER Project Abstracts (January 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about January 9, 2012

including the file named RePORTER_PRJABS_X_FY2012_027.xls or RePORTER_PRJABS_C_FY2012_027.csv

  - FY 2012 RePORTER Project Abstracts (January 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about January 15, 2012 including the file named RePORTER_PRJABS_X_FY2012_028.xls or RePORTER_PRJABS_C_FY2012_028.csv
  - FY 2012 RePORTER Project Abstracts (January 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about January 22, 2012 including the file named RePORTER_PRJABS_X_FY2012_029.xls or RePORTER_PRJABS_C_FY2012_029.csv
  - FY 2012 RePORTER Project Abstracts (January 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about January 29, 2012 including the file named RePORTER_PRJABS_X_FY2012_030.xls or RePORTER_PRJABS_C_FY2012_030.csv

- Request 65638: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Feb.-Mar. 2012), including:
  - FY 2012 RePORTER Project Abstracts (February 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about February 6, 2012 including the file named RePORTER_PRJABS_X_FY2012_031.xls or RePORTER_PRJABS_C_FY2012_031.csv
  - FY 2012 RePORTER Project Abstracts (February 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about February 13, 2012

including the file named RePORTER_PRJABS_X_FY2012_032.xls or RePORTER_PRJABS_C_FY2012_032.csv

- FY 2012 RePORTER Project Abstracts (February 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about February 20, 2012 including the file named RePORTER_PRJABS_X_FY2012_033.xls or RePORTER_PRJABS_C_FY2012_033.csv
- FY 2012 RePORTER Project Abstracts (February 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about February 27, 2012 including the file named RePORTER_PRJABS_X_FY2012_034.xls or RePORTER_PRJABS_C_FY2012_034.csv
- FY 2012 RePORTER Project Abstracts (March 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about March 5, 2012 including the file named RePORTER_PRJABS_X_FY2012_035.xls or RePORTER_PRJABS_C_FY2012_035.csv
- FY 2012 RePORTER Project Abstracts (March 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about March 15, 2012 including the file named RePORTER_PRJABS_X_FY2012_036.xls or RePORTER_PRJABS_C_FY2012_036.csv
- FY 2012 RePORTER Project Abstracts (March 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about March 19, 2012 including the file named RePORTER_PRJABS_X_FY2012_037.xls or RePORTER_PRJABS_C_FY2012_037.csv

  - FY 2012 RePORTER Project Abstracts (March 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about March 26, 2012 including the file named RePORTER_PRJABS_X_FY2012_038.xls or RePORTER_PRJABS_C_FY2012_038.csv
  - FY 2012 RePORTER Project Abstracts (March 2012 Week 5), in the form available in the ExPORTER Data Catalog on or about April 2, 2012 including the file named RePORTER_PRJABS_X_FY2012_039.xls or RePORTER_PRJABS_C_FY2012_039.csv

- Request 65639: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Apr.-Jun. 2012), including:
  - FY 2012 RePORTER Project Abstracts (March 2012 Week 5), in the form available in the ExPORTER Data Catalog on or about April 2, 2012 including the file named RePORTER_PRJABS_X_FY2012_039.xls or RePORTER_PRJABS_C_FY2012_039.csv
  - FY 2012 RePORTER Project Abstracts (April 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about April 9, 2012 including the file named RePORTER_PRJABS_X_FY2012_040.xls or RePORTER_PRJABS_C_FY2012_040.csv
  - FY 2012 RePORTER Project Abstracts (April 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about April 16, 2012 including the file named RePORTER_PRJABS_X_FY2012_041.xls or RePORTER_PRJABS_C_FY2012_041.csv

- FY 2012 RePORTER Project Abstracts (April 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about April 23, 2012 including the file named RePORTER_PRJABS_X_FY2012_042.xls or RePORTER_PRJABS_C_FY2012_042.csv
- FY 2012 RePORTER Project Abstracts (April 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about May 1, 2012 including the file named RePORTER_PRJABS_X_FY2012_043.xls or RePORTER_PRJABS_C_FY2012_043.csv
- FY 2012 RePORTER Project Abstracts (May 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about May 7, 2012 including the file named RePORTER_PRJABS_X_FY2012_044.xls or RePORTER_PRJABS_C_FY2012_044.csv
- FY 2012 RePORTER Project Abstracts (May 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about May 15, 2012 including the file named RePORTER_PRJABS_X_FY2012_045.xls or RePORTER_PRJABS_C_FY2012_045.csv
- FY 2012 RePORTER Project Abstracts (May 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about May 21, 2012 including the file named RePORTER_PRJABS_X_FY2012_046.xls or RePORTER_PRJABS_C_FY2012_046.csv
- FY 2012 RePORTER Project Abstracts (May 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about May 29, 2012 including

the file named RePORTER_PRJABS_X_FY2012_047.xls or RePORTER_PRJABS_C_FY2012_047.csv

  - FY 2012 RePORTER Project Abstracts (June 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about June 4, 2012 including the file named RePORTER_PRJABS_X_FY2012_048.xls or RePORTER_PRJABS_C_FY2012_048.csv
  - FY 2012 RePORTER Project Abstracts (June 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about June 4, 2012 including the file named RePORTER_PRJABS_X_FY2012_049.xls or RePORTER_PRJABS_C_FY2012_049.csv
  - FY 2012 RePORTER Project Abstracts (June 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about June 11, 2012 including the file named RePORTER_PRJABS_X_FY2012_050.xls or RePORTER_PRJABS_C_FY2012_050.csv
  - FY 2012 RePORTER Project Abstracts (June 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about June 18, 2012 including the file named RePORTER_PRJABS_X_FY2012_051.xls or RePORTER_PRJABS_C_FY2012_051.csv

- Request 65640: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Jul.-Aug. 2012), including:
  - FY 2012 RePORTER Project Abstracts (July 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about July 2, 2012 including

the file named RePORTER_PRJABS_X_FY2012_052.xls or RePORTER_PRJABS_C_FY2012_052.csv

- FY 2012 RePORTER Project Abstracts (July 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about July 9, 2012 including the file named RePORTER_PRJABS_X_FY2012_053.xls or RePORTER_PRJABS_C_FY2012_053.csv
- FY 2012 RePORTER Project Abstracts (July 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about July 16, 2012 including the file named RePORTER_PRJABS_X_FY2012_054.xls or RePORTER_PRJABS_C_FY2012_054.csv
- FY 2012 RePORTER Project Abstracts (July 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about July 23, 2012 including the file named RePORTER_PRJABS_X_FY2012_055.xls or RePORTER_PRJABS_C_FY2012_055.csv
- FY 2012 RePORTER Project Abstracts (August 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about August 3, 2012 including the file named RePORTER_PRJABS_X_FY2012_056.xls or RePORTER_PRJABS_C_FY2012_056.csv
- FY 2012 RePORTER Project Abstracts (August 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about August 6, 2012 including the file named RePORTER_PRJABS_X_FY2012_057.xls or RePORTER_PRJABS_C_FY2012_057.csv

  - FY 2012 RePORTER Project Abstracts (August 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about August 15, 2012 including the file named RePORTER_PRJABS_X_FY2012_058.xls or RePORTER_PRJABS_C_FY2012_058.csv
  - FY 2012 RePORTER Project Abstracts (August 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about August 20, 2012 including the file named RePORTER_PRJABS_X_FY2012_059.xls or RePORTER_PRJABS_C_FY2012_059.csv
  - FY 2012 RePORTER Project Abstracts (August 2012 Week 5), in the form available in the ExPORTER Data Catalog on or about August 30, 2012 including the file named RePORTER_PRJABS_X_FY2012_060.xls or RePORTER_PRJABS_C_FY2012_060.csv
- Request 65641: All weekly or annual spreadsheets publicly available from RePORTER, ExPORTER, and/or NIH Intramural Database (NIDB) for Fiscal Year 2012 (Sept.-Oct. 2012), including:
  - FY 2012 RePORTER Project Abstracts (September 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about September 5, 2012 including the file named RePORTER_PRJABS_X_FY2012_061.xls or RePORTER_PRJABS_C_FY2012_061.csv
  - FY 2012 RePORTER Project Abstracts (September 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about September 13, 2012 including the file named RePORTER_PRJABS_X_FY2012_062.xls or RePORTER_PRJABS_C_FY2012_062.csv

- FY 2012 RePORTER Project Abstracts (September 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about September 19, 2012 including the file named RePORTER_PRJABS_X_FY2012_063.xls or RePORTER_PRJABS_C_FY2012_063.csv
- FY 2012 RePORTER Project Abstracts (September 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about September 25, 2012 including the file named RePORTER_PRJABS_X_FY2012_064.xls or RePORTER_PRJABS_C_FY2012_064.csv
- FY 2012 RePORTER Project Abstracts (October 2012 Week 1), in the form available in the ExPORTER Data Catalog on or about October 1, 2012 including the file named RePORTER_PRJABS_X_FY2012_065.xls or RePORTER_PRJABS_C_FY2012_065.csv
- FY 2012 RePORTER Project Abstracts (October 2012 Week 2), in the form available in the ExPORTER Data Catalog on or about October 10, 2012 including the file named RePORTER_PRJABS_X_FY2012_066.xls or RePORTER_PRJABS_C_FY2012_066.csv
- FY 2012 RePORTER Project Abstracts (October 2012 Week 3), in the form available in the ExPORTER Data Catalog on or about October 17, 2012 including the file named RePORTER_PRJABS_X_FY2012_067.xls or RePORTER_PRJABS_C_FY2012_067.csv
- FY 2012 RePORTER Project Abstracts (October 2012 Week 4), in the form available in the ExPORTER Data Catalog on or about October 28, 2012

including the file named RePORTER_PRJABS_X_FY2012_068.xls or RePORTER_PRJABS_C_FY2012_068.csv

34. All eight requests are detailed and narrow in scope. In particular, Requests 65636-41 identify the specific file names and dates of the weekly spreadsheets sought. Plaintiff identified the existence of those files through archival internet records showing that NIH maintained those specific files at least in 2012. Exs. 3, 4.

35. On April 29, 2026, Plaintiff received a Final Response letter with regards to Requests 65635-41. Ex. 2. The Final Response letter indicated all records responsive to the requests could be found at https://reporter.nih.gov/exporter/abstracts. However, that link does not provide any of the spreadsheets specifically identified under Requests 65636-41 or the information requested in Request 65635. It provides at most a single, Fiscal Year 2012 spreadsheet, updated in 2016. The spreadsheet for Fiscal Year 2012 available at the link provided contains only two fields: Application ID and Abstract Text. Exs. 1, 7. The spreadsheet does not contain the information requested in Requests 65635-41. It does not list the specific date, or even week, the Abstract for Application ID 8553187 was publicly available (Request 65635) or provide any of the specific weekly spreadsheets identified (Requests 65636-65641).

36. On May 1, 2026, Plaintiff sent an email to the two contacts listed in the Final Response. Ex. 7. The email explained that the link provided was not responsive to Requests 65635-41 and asked that those Requests be reopened. Plaintiff received an automated response that its email had been received by the Office of Government Information Services (OGIS) but has received no further correspondence. Ex. 8.

37. On May 4, 2026, Plaintiff received an Interim Response letter regarding Request 65634. Ex. 9. The Interim Response indicated that NIH was asking the grantee to advise on the release of material related to the request. *Id.*

38. On May 5, 2026, Plaintiff received an email from Joyce Brager at NIH, asking which specific award number records were being requested for with regards to Request 65634. Ex. 10. Later that same day, Ms. Brager wrote again indicating the prior email could be disregarded and the office had enough information for the Request. Ex. 11.

39. On June 4, 2026, Plaintiff emailed Ms. Brager and Marianne Manheim, the contact listed in the Interim Response for Request 65634, inquiring the status of Request 65634 as the statutory deadline for processing FOIA requests as set forth in 5 U.S.C. 552(a)(6)(A)(i) had elapsed. Ex. 12.

40. Later on June 4, 2026, Plaintiff received a response from Sonia Pryce at NIH, indicating that the search was ongoing for Request 65634 and that she would follow up next week with a more accurate estimate of completion. Ex. 13.

41. However later that same day, Plaintiff received a notification that the Request had been closed, and a Final Response letter in the FOIA Portal. Ex. 5. The Final Response for Request 65634 provided a link to the NIH Annual Intramural Research Report for ZIA BC011439-01. Ex. 14.

42. On June 10, 2026, Plaintiff emailed Ms. Pryce and Ms. Brager regarding Request 65634. Ex. 3. The email explained that the information available at the link provided was not responsive to Request 65634 for "records relating to NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187)," including, "[d]ocuments showing the funding/grant award date for NIH Intramural Project Number ZIA BC011439-01 (Application ID 8553187)."

*Id.* Plaintiff asked that the Request be reopened and indicated that it believed the requested information might be located in the FY 2012 RePORTER Project Abstracts weekly spreadsheets (as requested in, but not produced for, Requests 65636-41). *Id.*

43. On June 17, 2026, Ms. Pryce instructed Plaintiff to contact the RePORTER helpdesk with regards to the spreadsheets requests. Ex. 3.

44. While it is NIH's statutory obligation to search for and produce the requested documents, on June 17, 2026, Plaintiff emailed the RePORTER helpdesk, requesting copies of the FY 2012 RePORTER Project Abstract weekly spreadsheets (as requested in, but not produced for, Requests 65636-41). Ex. 4. The Support Team informed Plaintiff that the requested documents appeared on a former version of the RePORTER webpage, but did not provide the spreadsheets or indicate if there were internal archived copies. *Id.*

45. To date, Plaintiff has received no further correspondence from NIH regarding Request 65634.

46. The Final Responses to Plaintiff's Requests constituted adverse agency determinations under 45 C.F.R. § 5.61(a) & (b). NIH withheld the requested records and, instead, identified nonresponsive publicly available materials that did not contain the specific records requested. Even after multiple communications regarding the specific records sought, NIH had not produced any responsive documents. Accordingly, these determinations were appealable under 45 C.F.R. § 5.61.

47. On July 20, 2026, Plaintiff submitted an administrative appeal to HHS. Ex. 6. HHS acknowledged the receipt of the appeal on the same day. Exs. 15, 16.

48. As set forth in Plaintiff's administrative appeal, NIH violated the FOIA statute. NIH's responses in both the Final Responses and subsequent communications indicate that it did

not search the systems reasonably likely to contain the requested records. First, NIH failed to demonstrate that it conducted any actual search of RePORTER, ExPORTER, NIDB, other grant management systems, or similar records repositories. Instead, NIH provided public links which did not contain the information requested. Moreover, when Plaintiff promptly brought this discrepancy to NIH's attention, it either did not respond (Requests 65635-41) or directed Plaintiff to a helpdesk (Request 65634). Neither satisfied NIH's obligations under 5 U.S.C. § 552(a)(3)(C).

49. Second, NIH failed to search archived or back-up copies of the databases containing the requested records. At a minimum, the archival internet records and the helpdesk response indicate that the weekly FY 2012 Project Abstracts spreadsheets specifically identified in Plaintiff's Requests were publicly available via a former version of NIH's website before it was "revamped" in 2020. Ex. 4. NIH has not shown that it searched historical files, archived RePORTER/ExPORTER repositories, NIDB records, or other systems reasonably likely to contain those spreadsheets.

50. Third, NIH did not explain whether there are other responsive documents not at the public links provided. Specifically, Requests 65634-35 were not limited to the RePORTER/ExPORTER repositories or the requested FY 2012 spreadsheets. These requests were broader and asked for information including the funding/grant award date and the budget start date for the Intramural Project, and the first date the Project Abstract was made publicly available in the RePORTER, ExPORTER, NIDB, or other publicly-available sources in or around 2012 for the Intramural Project. Even if the links NIH sent did contain responsive material, NIH did not fulfill its obligation to search for the broader category of documents contained within the Requests.

51. Plaintiff submitted an administrative appeal to HHS on July 20, 2026, and HHS acknowledged receipt of the appeal on the same day. Exs. 6; 15; 16. Under 5 U.S.C.

§ 552(a)(6)(A)(ii), HHS was required to make its determination by August 17, 2026. To date, Plaintiff has received no further communications from HHS regarding the administrative appeal. Thus, Plaintiff has exhausted its administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

52. Accordingly, this Court "has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

## CLAIMS FOR RELIEF

### CLAIM I
### (Failure to Produce Records)

53. The foregoing paragraphs are incorporated by reference as if set forth in full herein.

54. Plaintiff has a statutory right to receive a response from Defendants as to its FOIA Requests containing the requested information or explanation as to why documents are unavailable. 5 U.S.C. § 552(a)(3).

55. Defendants violated FOIA by failing to produce records in response to the Requests. *Id.*, 5 U.S.C. § 552(a)(4)(B).

56. Plaintiff is being harmed by reason of Defendants' violation of FOIA and their unlawful withholding of records to which Plaintiff is entitled. Plaintiff requires the requested information to understand and analyze NIH's funding/grant of the Intramural Project.

57. Plaintiff will continue to be harmed unless Defendants are compelled to comply with the FOIA statute and produce the requested records.

### CLAIM II
### (Costs and Fees)

58. The foregoing paragraphs are incorporated by reference as if set forth in full herein.

59. Pursuant to 5 U.S.C. § 552(a)(4)(E)(i), "[t]he court may assess against the United States reasonable attorney fees and other litigation costs reasonably incurred in any case under this section in which the complainant has substantially prevailed."

60. Plaintiff is statutorily entitled to recover fees and costs incurred as a result of Defendants' failure to make timely determinations with regard to its FOIA Requests and produce the requested records. 5 U.S.C. § 552(a)(4)(E)(i); *Baker & Hostetler LLP v. U.S. Dep't of Com.*, 473 F.3d 312, 324 (D.C. Cir. 2006) (holding that complainant law firm is an organizational litigant statutorily eligible for costs and attorneys' fees).

61. Plaintiff asks the court to order Defendants to pay reasonable attorneys' fees and other litigation costs incurred in this case.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays this Court enter judgment in its favor and grant the following relief:

1. An order compelling Defendants to expeditiously conduct a reasonable search for all records responsive to Plaintiff's FOIA Requests and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all responsive records, including detailing the agency's search methodology including search terms, the type of search performed, and if the agency maintains any records were destroyed, an accounting of when the records were destroyed, under what records retention schedule, and whether any backup copies exist.

2. An order compelling Defendants to produce within twenty (20) days or such other times the Court deems proper all records responsive to Plaintiff's FOIA Requests that are subject to disclosure under FOIA and/or any indexes to the extent that Defendants seek to invoke any FOIA exemptions;

3. An order awarding Plaintiff its costs and attorneys' fees.

4. Such other and further relief as the Court deems just and proper.

Dated: September 8, 2026

Respectfully submitted,

/s/ *Sarah Propst*
Sarah Propst
D.C. Bar No. 90004377
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
sarah.propst@lw.com

Roger J. Chin
CA Bar 184662, *pro hac vice forthcoming*
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8122
Fax: (415) 395-8095
Roger.chin@lw.com
*Attorneys for Plaintiff*